UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                              :

UBER TECHNOLOGIES, INC., et al.,          :

                          Plaintiffs,           :

                                                       :          24-CV-01209 (JAV)
               -v-                                    :
                                                       :                ORDER

MAYA ASSURANCE COMPANY,              :

                                                       :

                        Defendant.          :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to Section 8(e) of the Court's Individual Rules and Practices in Civil Cases. ECF No. 31, the parties were required to file a post-expert discovery joint status letter by June 6, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 20, 2025**.

       In light of the pending Motions for Summary Judgment before the Court, the pretrial conference previously scheduled for June 17, 2025, is adjourned sine die.

       SO ORDERED.

Dated: June 16, 2025
       New York, New York                              _____
                                                               JEANNETTE A. VARGAS
                                                               United States District Judge