UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

UBER TECHNOLOGIES, INC., et al.,         :

                        :

           Plaintiffs,      :

                        :     24-CV-01209 (JAV)

    -v-                 :

                        :         ORDER

MAYA ASSURANCE COMPANY,      :

                        :

           Defendant.     :

                        :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On March 18, 2026, Defendant Maya Assurance Company ("Maya") filed a motion for

sanctions against Plaintiffs Uber Technologies, Inc.; Uber USA, LLC; Rasier-NY, LLC; Rasier,

LLC; Vierzehn-NY, LLC; and Rasier-CA, LLC (collectively, "Uber").  ECF No. 58 at 3.  Maya

argued that sanctions were warranted because Uber failed to produce relevant insurance policies

that Maya had requested during discovery, namely, those policies providing primary coverage.

*Id.* at 1-2.  Specifically, Maya argued that Uber failed to produce "a previously undisclosed

Business Auto Insurance Policy issued by ORIC to Uber for the July 1, 2022 to July 1, 2023

policy period, Policy No. MWTB 316723 22, providing $5,000,000 in limits of insurance."  *Id.*

at 2.  Having reviewed Policy No. MWTB 316723 22, and noting its language indicating that it

provided excess coverage, *see* ECF No. 43-11 at UBER-MAYA0000303-04, the Court denied

Maya's motion.  ECF No. 60 ("April 1 Order") at 3-4.

Maya now moves the Court to reconsider its April 1 Order.  ECF No. 61 ("Motion for

Reconsideration").  Having reviewed Maya's filings once more, the Court now realizes that

Maya mistakenly referred to the allegedly-relevant-but-undisclosed policy (the "Withheld

Policy") as Policy No. MWTB 316723 22, when in fact Maya intended to refer to the Withheld

Policy as Policy No. MWTB 313793 22.  Maya repeats this mistake in its memorandum of law

supporting its Motion for Reconsideration.  *See* ECF No. 62 at 4 ("In or about March 2025, in

the course of preparing its opposition to Uber's motion for partial summary judgment, Maya

independently and improbably discovered – as an exhibit filed in one of the Underlying Actions

– six redacted declarations pages from a previously undisclosed Business Auto Insurance Policy

issued by ORIC to Uber Technologies, Inc. for the July 1, 2022 to July 1, 2023 policy period,

Policy No. MWTB 316723 22, providing $5,000,000 in limits of insurance (the 'Withheld ORIC

Policy').").

     The Court has not been provided with a copy of the relevant insurance policy.

Accordingly, Uber is **ORDERED** to send an unredacted copy of the Old Republic Insurance

Company Policy No. MWTB 313793 22 in its entirety to

vargasnysdchambers@nysd.uscourts.gov for *ex parte* and *in camera* review no later than **May 5,**

**2026**.

     SO ORDERED.

Dated: May 4, 2026
      New York, New York
                          JEANNETTE A. VARGAS
                          United States District Judge